UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR625-007 |
| | ) | |
| NAKIA DONALDSON | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Amy Lee Copeland** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Amy Lee Copeland** be granted leave of absence for the following periods:  December 26, 2025 through January 2, 2025.

**SO ORDERED**, this the 2nd day of December, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA